## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| THOMAS J. RENZ, D.O., RAYMOND D. DRAGANN, D.O., AND THE LANCASTER ORTHOPEDIC GROUP, | : | No. 194 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondents | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOSE INGLES AND EVELYN INGLES, | : | |
| | : | |
| Petitioners | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.